# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CAUSE NO.: 1:13-cr-200-WTL-TAB** |
| **vs.** | ) |
| | ) |
| **DONALD JOHN SACHTLEBEN,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## APPEARANCE OF COUNSEL

To:     The Clerk of this Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear as counsel,

Retained Attorney, for Donald John Sachtleben.

Respectfully submitted,

/s/ *Kathleen M. Sweeney*
Kathleen M. Sweeney
141 E. Washington St. Ste. 225
Indianapolis IN 46204
ksween@gmail.com
T: 317-491-1050; F: 317-491-1043
Attorney for Sachtleben

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that October 3, 2013, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to the parties by operation of the Court's electronic filing

system.  Parties may access this filing through the Court's system.


*/s/ Kathleen M. Sweeney*_____
Kathleen M. Sweeney

141 E. Washington St. Ste. 225
Indianapolis IN 46204
T: 317-491-1050
F: 317-491-1043
Ksween@gmail.com